IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MARVIN VENTURA,** *et al.* ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. WGC-15-3986 |
| ) | |
| **SECURITY ONE SOURCE, LLC,** *et al.* ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

Pending before the Court is the parties' Joint Motion for Approval of Settlement Agreement. This case involves claims under the Fair Labor Standards Act ("FLSA"). After careful consideration and review of the parties' Joint Motion for Approval of Settlement and the Settlement Agreement filed therewith, it is hereby:

ORDERED, that the Joint Motion (ECF No. 17) is **GRANTED** and that the Settlement Agreement is **APPROVED** as a fair and reasonable resolution of the parties' FLSA dispute;

ORDERED, that this action is **DISMISSED** with prejudice, with each party to bear its own attorney's fees and costs except as otherwise agreed to by the parties; and

ORDERED, that the Clerk of Court will **CLOSE** this case.

Date: June 9, 2017    _____/s/_____
WILLIAM CONNELLY
UNITED STATES MAGISTRATE JUDGE